# 1

**United States District Court**
**Western District of Michigan**
399 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

| | | |
|---|---|---|
| Eric D. Welch,<br>    Plaintiff,<br><br>vs.<br><br>Mark L. Dobias,<br>    *Personally and Individually,*<br>    *(Michigan Attorney Bar*<br>    *License P35160),*<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No._____<br>)<br>)<br>)<br>)<br>)<br>) | **2:17-cv-38**<br>Gordon J. Quist - U.S. District Judge<br>Timothy P. Greeley - U.S. Magistrate Judge |

## SUMMONS

TO:   Mark L. Dobias,
      Michigan Attorney P35160
      546 Ashmun Street
      Sault Ste. Marie, Michigan  49783
      dobiaslaw@sbcglobal.net

You are hereby summoned and required to serve upon plaintiff Eric D. Welch, whose address is P.O. Box 1000/10444-089, U.S. Penitentiary – Marion, Marion, IL 62959, an answer to the complaint that is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief determined in the complaint.

                                                              Clerk of the Court

Dated_____

Page 1 of 1