## AFFIDAVIT

STATE OF MICHIGAN             )
                              )
                              )
                              )
County of Tuscola             )

I, KRISTA M. WELCH, first being duly sworn and states that if called upon to testify in this matter I would testify as follows, to-wit:

1. I am a 41-year old citizen of the United States and tender this information voluntarily, and without external influence.

2. I was present during plea negotiations and have first-hand knowledge of the plea agreement regarding the State of Michigan vs. Eric Dexter Welch, Houghton County circuit Court File No: 07-2225-FH. Further that these negotiations were conducted both in Mr. Mark A. Wisti's office and in the Court House.

3. That at the time I was married to Eric Welch and we considered options that were being offered by the prosecutor's office.

4. That it is my recollection that the Michigan State Police and the Prosecuting Attorney informed Eric and I during these meetings (in total) that if he dropped the "entrapment" defense, and pled guilty to the two felony charges they were offering, the State Police (Tom Rajala and whoever he worked with officially or in a professional relationship status) and the Prosecuting Attorney would not seek any additional charges, state or federal. This included handing any evidence over from the 2007 investigation to the Federal government

5. That it is further my recollection that I had no reason to believe that all the necessary permissions to craft such a plea were not obtained. I was in Mr. Wisti's office in 2007 when we (Eric and I) were told about the plea, and I never would have suggested that route if we had any reason to doubt it, as Mr. Wisti had someone from either the prosecutor's office and/or governmental law enforcement on the phone while we discussed it.

6. That it is further my recollection and affirmative statement that Eric has been a committed husband, father, and engineer who has not only avoided all criminal conduct since 2007, but has become a real asset to our society.

7. That it is further my recollection that Tom Rajala was present at each and every court date which made him fully aware of the plea agreement.

Further deponent saith not.

_/s/ Krista M. Welch_
KRISTA M. WELCH

STATE OF MICHIGAN )
)ss.
County of Tuscola )

On this  1st  day of August , 2011, before me a Notary Public in and for said County, personally appeared the above-named KRISTA M. WELCH and made oath that she has read the foregoing Affidavit by herself subscribed and knows the contents thereof and that the same is true of her own knowledge except as to those matters therin stated to be on her information and belief and as to those matters she believes it to be true.

_Barbara Minnick_, Notary Public
 Bay  County, Michigan
Acting in  Tuscola  County, Michigan
My commission expires: 12-20-2012

Barbara A. Minnick
Notary Public - State of Michigan
County of Bay
My Commission Expires December 20, 2012
Acting in the County of Tuscola