| Michigan Department of State Police | ORIGINAL DATE<br>Sun, May 20, 2007 | INCIDENT NO.<br>090-0000577-07 |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0002 | SUPPLEMENTARY DATE<br>Thu, May 24, 2007 | FILE CLASS<br>36004 |

TELEPHONE: Numerous phone calls were received from WELCH to "SHANNON" on the departmental issued cell phone. Additionally, WELCH left messages for "SHANNON" indicating his desire to talk with her and specific times that he would try calling again. All, except the first, phone conversations with "SHANNON" were recorded. The date and times of the phone messages, contact summary and actual phone calls received from WELCH are:

Phone Messages (Central Time):

May 22, 2007, 4:18PM (Want to get a hold of you, hope this is Shannon, this is Eric)
May 23, 2007, 10:23AM (Tried to call you back, talk tonight after 10PM)
May 23, 2007, 3:49PM (Giving you a call, talk tonight, "everything is cool!")
May 25, 2007, 8:04AM (possible seeing you while your on vacation)
May 26, 2007, 4:38PM (thought about coming to Wisconsin, you could make more money that way)
May 29, 2007, 7:06AM (Hope you had a good weekend, call her at 6pm, maybe work something out)

Phone Calls Received (Eastern Time):

May 22, 2007, 5:17PM from 262-421-4820 (calling card)
May 22, 2007, 5:28PM from 517-896-5158
May 22, 2007, 9:12PM from 262-421-4820 (calling card) Length- 8:09
May 22, 2007, 10:09PM from 906-482-9109 (payphone) Length- 2:36
May 23, 2007, 11:22AM from 262-421-4820 (calling card)
May 23, 2007, 10:29PM from 262-421-4820 (calling card) Length- 26:00
May 23, 2007, 11:06PM from 262-421-4820 (calling card) Length- 16:10
May 29, 2007, 6:18PM from 517-896-5158 Length- 6:32

The conversations between WELCH and "SHANNON" will be summarized in Ofc. Dube's Calumet Village Police Department Report #07-000192. With the exception of the first call, the calls were recorded.

PROPERTY:

SEIZED BY: THOMAS RAJALA
Prop 0001 - Desc: PHONE CONTACT FROM ERIC WELCH. Type: Evidence
Descrp: ONE (1) FUJIFILM 80MIN CD CONTAINING CELLPHONE MESSAGES FROM, AND CONVERSATIONS WITH, ERIC WELCH.
Obtained From:
PHONE CONTACT FROM ERIC WELCH.

| PAGE<br>3 of 4 | INVESTIGATED BY<br>D/SGT THOMAS J RAJALA #290 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

Exhibit D

| Michigan Department of State Police | ORIGINAL DATE Sun, May 20, 2007 | INCIDENT NO. 090-0000577-07 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT 0009 | SUPPLEMENTARY DATE Mon, Oct 15, 2007 | FILE CLASS 36004 |

| INCIDENT STATUS |
|---|
| Open |

# SEX OFFENSE

## JOURNAL:

| 07-16-07 | D/Sgt. Rajala | Supp 8 submitted. Updates forwarded to prosecutors office. |
|---|---|---|
| 07-16-07 | Sgt. Koljonen | Supp 8 reviewed. Pends court, prosecutor, and property. |
| 07-24-07 | D/Sgt. Rajala | APA Strome amended the warrant to include MCL 750.540C(4) - Telecommunications Access Device Violation - 4 year felony (2608). |
| 07-25-07 | D/Sgt. Rajala | APA Strome contacted me and advised Welch voluntarily revoked his bond and is lodged in the Houghton County Jail. Welch may possibly plead on 7-31-07. |
| 07-31-07 | D/Sgt. Rajala | Welch plead guilty to Accost Minor Immoral Purpose and no contest to Telecommunication Device Violation - both 4 year felonies, this date. Sentencing scheduled for 08-31-07 at 11 a.m. Possession of Child Pornography will not be authorized as part of plea agreement. |
| 08-31-07 | D/Sgt. Rajala | Welch sentenced to 6 months in county jail with credit for some time served. Pends appeal period and property. Appeal period ends 10-12-07. |
| 10-12-07 | Sgt. Koljonen | Items 3, 4, and 5 turned over to Ann Harris from Attorney Wisti's office. Receipt in master file. |
| 10-15-07 | D/Sgt. Rajala | Property item 1 to be retained. Contacted Krista Welch this date. She advised property item 2 can be destroyed - items not to be returned. Pends destruction of items 2 and 6-9. |

## STATUS:

Open pending property.

| PAGE 1 of 1 | INVESTIGATED BY D/SGT RAJALA #290 | REPORTED BY D/Sgt. Rajala/ttk | REVIEWED BY |
|---|---|---|---|

| | |
|---|---|
| Michigan Department of State Police | ORIGINAL DATE: Sun, May 20, 2007 |
| SUPPLEMENTAL INCIDENT REPORT 0010 | INCIDENT NO.: 090-0000577-07 |
| | SUPPLEMENTARY DATE: Fri, Oct 26, 2007 |
| | FILE CLASS: 36004 |

**INCIDENT STATUS**
Closed

# SEX OFFENSE

## JOURNAL:

10-17-07   Sgt. Koljonen   Supp 9 reviewed. Item 1 retained at Post. All other items authorized for destruction.

## PROPERTY DISPOSITION:

On this date property was destroyed by Sgt. Barry Koljonen and witnessed by F/Lt. Mike Loyd.

## STATUS:

Closed

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 1 of 1 | TPR ROTA #1789 | Sgt. Koljonen/ttk | |