UD-014B (03/2004)
MICHIGAN STATE POLICE

## PROPERTY RECEIPT

| Incident Number | Date | Work Site |
|---|---|---|
| 86-577-08 | 11/18/2008 | Iron Mountain |

| Property Number | Description |
|---|---|
| Ev. Drive 2,3 | EV Drive 2 -Western 20GB Hard Drive SER# WMAAR1633475 |
| | Ev Drive 3- Seagate 250 GB Hard Drive SER# 5QF290KT |
| | Both Drive Contain Case 90-577-08 TOT DHS-ICE for Review |

### Release of Property

Released by Signature
D/SGT. Timothy P. Blanchard

Date Released
11/18/2008

Received by Signature
[signature]

Print Received by Name
Thomas Miller SSA/ICE

City/State/Zip
Sault Ste. Marie, MI 49783

Received by Phone Number
(906) 253-2202

### INSTRUCTIONS FOR PROPERTY RECEIPT

This receipt is to be used when the use of the receipt produced by AICS is not reasonable. Example: Property is taken into possession and released before an officer can make an entry into AICS.

Complete the entire form (may be handwritten) and use the Description Box to fully describe the property: **(Manufacturer, Make, Serial Number, Denomination, Amount of Money).** After the property is entered into AICS, add the system assigned Property Number to the Description Box of this receipt.

MACHINE COPY AS NEEDED

AUTHORITY: 1935 PA 59
COMPLIANCE: Voluntary

Exhibit E

| MSP - IRON MOUNTAIN POST ORIGINAL INCIDENT REPORT | ORIGINAL DATE<br>Wed, Apr 16, 2008 | | INCIDENT NO.<br>086-0000577-08 | |
|---|---|---|---|---|
| | TIME RECEIVED<br>0941 | | FILE CLASS<br>50000 | |
| | WORK UNIT<br>MSP IRON MOUNTAIN | | COUNTY<br>Dickinson | |
| COMPLAINANT<br>TPR PROVOST PATROL | | | TELEPHONE NO.<br>(906)774-2122 | |
| ADDRESS: STREET AND NO.<br>1916 N STEPHENSON AVENUE | | CITY<br>IRON MOUNTAIN | STATE<br>MI | ZIP CODE<br>49801-1421 |
| INCIDENT STATUS<br>Open | | | | |

## SOR VIOLATION

### INFORMATION:

I was contacted at the post by Sgt. Varga. He requested that I take a SORcomplaint. Sgt. Varga advised that a male subject was at the front desk this date to verify his address. It should be noted that verifications are to be held from the 1st - 15th of the month, this subject was now late. Upon checking STEVEN GILBERT SCHWECHEL an alert status came up. Schwechel stated that he had forgotten to come in to verify during the time he was supposed to.

### VENUE:

DICKINSON COUNTY , IRON MOUNTAIN
1916 N STEPHENSON AVE
AT OR NEAR: STATE POLICE POST

### DATE & TIME:

WED, APR 16, 2008 AT 0910

### COMPLAINANT:

NAM: TPR PROVOST PATROL

| | RAC: | ETH: |
|---|---|---|
| NBR: 1916    DIR: N | SEX: | OPS: |
| STR: STEPHENSON | DOB: | SSN: |
| SFX: AVENUE | HGT: | SID: |
| CTY: IRONMOUNTAIN    ST: MI | WGT: | FBI: |
| TXH:    ZIP: 49801 | HAI: | MNU: |
| TXW: (906)774-2122 | EYE: | PRN: |

### CONTACT SCHWECHEL:

I made contact with Steven Schwechel in the front lobby of the MSP Iron Mountain Post. I advised Schwechel that he was delinquent in verifying his address as the last date was yesterday. Schwechel stated that he had known this. I advised him that a report would be sent to the prosecutor for review and possible

| PAGE<br>1 of 2 | INVESTIGATED BY<br>TPR KEVIN L PROVOST #1371 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

E

| MSP - IRON MOUNTAIN POST ORIGINAL INCIDENT REPORT | ORIGINAL DATE Wed, Apr 16, 2008 | INCIDENT NO. 086-0000577-08 |
|---|---|---|
| | TIME RECEIVED 0941 | FILE CLASS 50000 |

issuant of a warrant for his arrest. I asked Schwechel if at this time he would be willing to speak with me and he stated he would speak with me.

## SUSPECT:

NAM: STEVEN GILBERT SCHWECHEL

| | | RAC: W | ETH: |
|---|---|---|---|
| NBR: | | SEX: M | OPS: |
| STR | | DOB: | SSN |
| SFX: | APT/SUITE: | HGT: | SID: |
| CTY: | ST: | WGT | FBI: |
| TXH: | ZIP: | HAI: | MNU: |
| TXW: | | EYE: | PRN: |

## INTERVIEW SUSPECT:

Schwechel was advised that he was not under arrest, he was free to leave at anytime; however, I would like to speak with him reference the SOR violation. Schwechel stated that he understood and was willing to speak to me. An interview was held in a Post Room next to the front desk. I asked Schwechel flat out if he knew he needed to verify his address 4 times a year, he stated that he did know this and what months he was required to verify his address. I asked him if he knew the dates for address verification were the 1st thru the 15th of the month. He stated that he did. I then asked Schwechel why he was late for his address verification. Schwechel stated again that he knows what the dates for verifying are however, he just forgot to do it this month. He further advised that he remembered yesterday after he awoke; however, he had to take his daughter down to WI for a doctor's appointment. He stated he was going to do it upon returning home but it was to late so he just thought he would do it today. I advised him that there was no leeway that the dates were from the 1st thru the 15th. He again stated that he knew this but he had just forgot. I advised Schwechel that this report was going to the prosecutor's office for SOR failure to verify address violation. Schwechel stated that he could be reached at the above TX numbers or address if they issued a warrant and he would turn himself in. The interview was then concluded.

## STATUS:

Open . Pends prosecutor review.

| PAGE 2 of 2 | INVESTIGATED BY TPR KEVIN L PROVOST #1371 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

E