# MARK L. DOBIAS, P.C.
## Attorney at Law

903 Ashmun Street
Sault Ste. Marie, MI 49783
Telephone: 906.632.8440
Facsimile: 906.632.3878
e-mail: dobiaslaw@sbcglobal.net

## CONFIDENTIAL ATTORNEY-CLIENT MATERIAL

November 15, 2010

Mr. Eric Welch
c/- Marquette County Jail
236 W. Baraga Ave.
Marquette, MI
49855

**Re: USA v Welch**
    **File No.: 2:10-CR-8**
    **My file No. 1-2003**

Dear Mr. Welch:

On November 15, 2010, I received a five-page letter from the US District Court. It appears that this letter was recently filed. He did not consult with me prior to filing this letter. This letter prejudices your case.

The judge may interpret this letter as an aggravating factor.

This letter has made an already difficult task even harder.

I will be seeing you when I receive the initial presentence report. I anticipate receiving the report within the next week or so.

As I indicated to you before, please refrain from sending letters without consulting me.

Sincerely yours,

Mark L. Dobias

Dictated on November 15 at 12:33 PM

Exhibit G

# MARK L. DOBIAS, P.C.
## Attorney at Law

903 Ashmun Street
Sault Ste. Marie, MI 49783
Telephone: 906.632.8440
Facsimile: 906.632.3878
e-mail: dobiaslaw@sbcglobal.net

**CONFIDENTIAL ATTORNEY-CLIENT MATERIALS**

November 16, 2010

Mr. Eric Welch
c/- Marquette County Jail
236 W. Baraga Ave.
Marquette, MI
49855

**Re: USA v Welch**
**File No.: 2:10-CR-8**
**My file No. 1-2003**

Dear Mr. Welch:

November 16, 2010. I received two more filings from you from the US District Court for the Western District of Michigan, Northern Division. These do not help your case. Please refrain from filing anything else until prior to the time of sentencing. At the least, consult with me prior to sending anything else to the District Court Clerk.

I must add at this point that I can understand why you are doing this. However, your efforts are complicating the situation more than you may understand at this time.

I hope to see you within the next week to ten days to review the presentence report.

If you have any questions regarding this letter or anything else, please feel free to contact me.

Sincerely yours,

Mark L. Dobias
Attorney at Law


Dictated November 16, 2010 at 11:48 AM

G