# MARK L. DOBIAS, P.C.
Attorney at Law

903 Ashmun Street
Sault Ste. Marie, MI 49783
Telephone: 906.632.8440
Facsimile: 906.632.3878
e-mail: dobiaslaw@sbcglobal.net

## ATTORNEY-CLIENT MATERIALS

March 14, 2011

Eric Dexter Welch
10444-089
US Penitentiary
PO Box 1000
Marion, Illinois
62959

**Re: *United States v. Welch*
Correspondence of March 7, 2011**

Dear Mr. Welch:

I'm in receipt of yours of March 7, 2011. As you are my client, I am constrained to have you sign any pleadings that may be required to be executed. Specifically, there may be the need to execute an affidavit. As such, I will not send documents require execution your father and mother as that creates an unnecessary complication.

I reviewed the list of potential objections. At this point in time, the objections which were preserved will be addressed at the time that the appeal brief is submitted. I will not be raising additional issues pertaining to the final presentence report. Specifically, we have had plenty of opportunity to develop any factual basis in the preparation of the presentence report.

The habeas corpus issues will be yours to address once the appeals have been exhausted.

With respect to the state case, it is my opinion at this time that you are precluded from attacking the judgment contained therein for the reason that more than one year has expired from the last date that you could have filed an appeal on the Houghton County conviction. However, I would have to conduct additional research to determine whether or not there is indeed an exception to this rule. I highly doubt it.

I have received the transcripts. There is a scheduling memo which requires me to file a brief by April 11, 2011. This is not going to happen and I am going to request an extension (which is quite common) in order to have adequate time to review the transcript, research the issues and to prepare an appellate brief and/or appropriate motion(s). I would fully anticipate the Government

Exhibit H

to request an extension as well. What I am saying is that the briefing schedule is going to be expanded due to the time requirements imposed on myself as well is the Government.

I am waiting for a final redacted version of the transcript which contains the correct pagination sequence. This is crucial because I need to have the appropriate page cites to the trial record.

If you have any questions regarding this letter, please contact me.

Sincerely yours,

Mark L. Dobias
Attorney at Law

Dictated on March 13, 2011 at 10:20 PM

H