In the UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS

FILED - GR
August 31, 2017 9:53 AM
CLERK OP COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY ns / SCANNED

| | |
|---|---|
| ERIC D. WELCH ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | File No. 2:17-cv-38-GJQ-TPG |
| ) | |
| MARK L. DOBIAS, ) | **NOTICE OF APPEAL** |
|    Defendant. ) | |

Notice is hereby given that Eric Welch, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Sixth Circui from the final judgment entered in this action on August 21, 2017.

August 28, 2017
Date Executed

/s/ Eric Welch
Eric D. Welch pro se
USM # 10444-089
P.O. Box 1000
Marion, IL 62959

Under penalty of perjury, pursuant to
28 U.S.C. § 1746, I hereby swear and verify
that the foregoing is true and correct. Further,
that it has been deposited in the institution's
internal mail system designed for legal mail this day,
United States Postal Service, first-class postage prepaid.

Eric D. Welch
10444-089
United States Penitentiary
P.O. Box 1000
Marion, IL 62959



⇔10444-089⇔
U S Dist Court W D Michigan
110 Michigan ST NW
399 Federal Building
Grand Rapids, MI 49503
United States

Legal Mail

49503-231799

