3

In the United States District Court
For the Western District of Michigan

| | |
|---|---|
| ERIC D. WELCH.,<br>    Movant,<br><br>vs.<br><br>MARK DOBIAS,<br>    Respondent. | )<br>)<br>)<br>) Civil Cause No.: 2:17-cv-38<br>)<br>)<br>) |

### Eric D. Welch's First Set of Interrogatories to Mark L. Dobias

To: Mark L. Dobias, Esq.

Pursuant to the Court's scheduling order, Plaintiff Eric D. Welch hereby requests that you answer each of the following interrogatories, under oath, within thirty days of service:

1. How many hours did you work in your legal practice:

    a. In 2010?

    b. In 2011?

2. How many active legal matters did you handle:

    a. In 2010?

    b. In 2011?

3. Identify all steps that you took to investigate the factual and legal matters in the underlying state of Michigan case concerning Mr. Welch.

4. Regarding the related nature of the state of Michigan case and the federal case (identical circumstances and body of evidence), why did you not request a ruling in limine concerning the Government's ability to cross-examine Mr. Welch concerning his prior conviction before advising him not to testify on his own behalf?

5. How many cases involving the following state and federal statutes have you handled as an attorney?

    a. 18 U.S.C. § 2252
    b. MCR 6.500, *et seq.* (Michigan's Post-Conviction remedies)
    c. 28 U.S.C. § 2254
    d. State of Michigan direct appeals in criminal cases

6. Have you ever been disciplined for attorney misconduct in any jurisdiction? If so, identify the jurisdiction, the date of the discipline, the circumstances, and the discipline imposed.

7. Has any court ever determined that you rendered ineffective assistance of counsel in a criminal case? If so, identify the court and provide the case caption.

Interrogatory Questions 8 through 10 are hereby reserved.

Dated this 5th day of July, 2018, at Marion, Illinois.

                                        Respectfully submitted,

                                        ERIC D. WELCH

/s/ _Eric Welch_
                                        Eric D. Welch
                                        USM #10444-089
                                        P.O. Box 1000
                                        Marion, IL 62959

## Certificate of Service

I hereby certify that a copy of the foregoing was mailed this day via United States Postal Service, first-class postage prepaid upon the following:

 

_July 6th, 2018_
Date Executed

                                        /s/ _Eric Welch_
                                              Eric D. Welch., *pro se*
                                              USM # 10444-089
                                              P.O. Box 1000
                                              Marion, IL 62959