UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Eric Dexter Welch #10444-089 ,

        Plaintiff,

                                     Case No. 2:17-cv-38
v.                                      HON. GORDON J. QUIST

Mark L. Dobias,

        Defendants.
_____/

## ORDER

      Plaintiff has once again requested appointment of counsel in this matter (ECF No.29). For the reasons stated in this Court's previous order of April 19, 2017 (ECF No. 7), plaintiff's motion is DENIED. If the Court determines that the appointment of counsel is warranted in the future, it will appoint an attorney without the necessity of a motion by plaintiff.

      IT IS SO ORDERED.


Dated:  July 12, 2018              /s/ Timothy P. Greeley
                                            TIMOTHY P. GREELEY
                                            UNITED STATES MAGISTRATE JUDGE