# 1

In the United States District Court
For the Western District of Michigan

| | |
|---|---|
| ERIC D. WELCH., <br> Movant, <br><br> vs. <br><br> MARK DOBIAS, <br> Respondent. | ) <br> ) <br> ) <br> ) Civil Cause No.: 2:17-cv-38 <br> ) <br> ) <br> ) <br> ) |

## SUBPOENA TO PRODUCE DOCUEMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

### Mark L. Dobias, Esq.

(Name of person to whom this subpoena is directed)

Production: YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All materials relating to your defense of Eric Dexter Welch in 2:10-cr-8, including time logs and research notes and emails between yourself and any other person associated with both the state case and the federal ("duplicated prosecution") of it.

Place: U.S. Courthouse, 202 W. Washington St., #229,     Date and Time:
       Marquette, MI 49855

Place: Eric D. Welch, 10444-089                          Date and Time:
       P.O. Box 1000, Marion, IL 62959
       (Note to Clerk: The production to Welch must include court-ordered injunction against USP-Marion prison mailroom to permit all material to be in Mr. Welch's full control and immediate possession.

Page 1 of 3

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the places of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:

CLERK OF COURT

*[signature]*                                             OR

Signature of Clerk or Deputy Clerk                Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing Eric D. Welch, who issues or requests this subpoena, is Eric D. Welch, *pro se*.

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 2:17-cv-38

## PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any) on (date)

I served the subpoena by delivering a copy to the named person as follows:

                                         On (date)                  ; or

I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $

My fees are $          for travel and $          for services, for a total of $

I declare under penalty of perjury that this information is true.

Date:                                                 Server's signature

                                                       Printed name and title

                                                       Server's address

Additional information regarding attempted service, etc.:

In the United States District Court
For the Western District of Michigan

ERIC D. WELCH.,                )
    Movant,                    )
                               )
vs.                            ) Civil Cause No.: 2:17-cv-38
                               )
MARK DOBIAS,                   )
    Respondent.                )

**Eric D. Welch's First Set of Interrogatories to Mark L. Dobias**

To: Mark L. Dobias, Esq.

    Pursuant to the Court's scheduling order, Plaintiff Eric D. Welch hereby requests that you answer each of the following interrogatories, under oath, within thirty days of service:

1. How many hours did you work in your legal practice:

    a. In 2010?

    b. In 2011?

2. How many active legal matters did you handle:

    a. In 2010?

    b. In 2011?

3. Identify all steps that you took to investigate the factual and legal matters in the underlying state of Michigan case concerning Mr. Welch.

4. Regarding the related nature of the state of Michigan case and the federal case (identical circumstances and body of evidence), why did you not request a ruling in limine concerning the Government's ability to cross-examine Mr. Welch concerning his prior conviction before advising him not to testify on his own behalf?

5. How many cases involving the following state and federal statutes have you handled as an attorney?

    a. 18 U.S.C. § 2252
    b. MCR 6.500, *et seq.* (Michigan's Post-Conviction remedies)
    c. 28 U.S.C. § 2254
    d. State of Michigan direct appeals in criminal cases

6. Have you ever been disciplined for attorney misconduct in any jurisdiction? If so, identify the jurisdiction, the date of the discipline, the circumstances, and the discipline imposed.

7. Has any court ever determined that you rendered ineffective assistance of counsel in a criminal case? If so, identify the court and provide the case caption.

Interrogatory Questions 8 through 10 are hereby reserved.

Dated this 5th day of July, 2018, at Marion, Illinois.

Respectfully submitted,

ERIC D. WELCH

/s/ *Eric Welch*

Eric D. Welch
USM #10444-089
P.O. Box 1000
Marion, IL  62959

### Certificate of Service

I hereby certify that a copy of the foregoing was mailed this day via United States Postal Service, first-class postage prepaid upon the following:

Certified Mail Rec # 7017 1450 0000 0834 9115

```
M Sean Fosmire
1440 W Ridge St.  Suite C
Marquette, MI  49855-3199
```

July 25, 2018
Date Executed

/s/ *Eric Welch*
Eric D. Welch., *pro se*
USM # 10444-089
P.O. Box 1000
Marion, IL  62959