UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ERIC DEXTER WELCH,

    Plaintiff,

v.                                          Case No. 2:17-cv-00038
                                                HON. GORDON J. QUIST

MARK L. DOBIAS,

    Defendant.

_____/

**ORDER**

The matter before the Court is Plaintiff's "Motion under 28 U.S.C. § 1915(d) Service of Process." (ECF No. 36). In this motion, Plaintiff requests that the Court order the United States Marshals to serve upon Defendant a "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" and "Eric D. Welch's First Set of Interrogatories to Mark L. Dobias." Plaintiff does not need the United States Marshals to serve discovery upon a defendant. In addition, Defendant states in his response that he is in the process of responding to Plaintiff's discovery requests.

Accordingly, Plaintiff's motion (ECF No. 36) is DENIED.[1]

IT IS SO ORDERED.

Dated: August 2, 2018

                                                            /s/ Timothy P. Greeley
                                                            TIMOTHY P. GREELEY
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent Plaintiff is seeking an injunction against a prison employee, this matter is not fully briefed.