**1**



**U.S. Department of Justice**
**UNICOR**
**USP Marion, Illinois**



| | |
|---|---|
| **Supervisor:** | S. Whitecotton, Factory Manager |
| | shawn.whitecotton2@usdoj.gov |
| | Ph/618-964-2105 |
| | |
| **RE:** | Eric Dexter Welch, |
| | USM # 10444-089 |

Eric Welch has been employed at UNICOR from April of 2011, up to and including the present day. Mr. Welch works in the areas of: (i) Electrical and Electronics Cable Production; (ii) Electrical Technology/Infrastructure Improvement; (iii) Material & Manufacturing Logistics; and (iv) Manpower Planning And Scheduling.

The skills which Mr. Welch uses that enable him to succeed at these positions are listed (but are not limited) to those named below:

1. **Awards, and Standards-Proficiency:**
   a. ISO 9001/2008 Manufacturing And Inventory Audits (Internal And External)
   b. Microsoft® Office Certified (2010)
   c. MSDS Accountability Enforcement
   d. Quality Assurance Program Testing (Accept/Reject Criteria, Electrical, Drawing Interpretation, QAM ISO, etc.)

2. **Electrical Power Distribution**
   a. 10KW, 15KVA, & 120KW sizes, built for NAVFAC
   b. 300KW Machine Shop upgrade. Unitized MV Substation-To-480Y/277 Distribution Equipment.

3. **Electronics Cable Assembly**
   a. Blueprint Reading and Interpretation, To Include But Not Limited To The Following Military Standards:
      i. A- A-595690
      ii. CHED- 227, Et Seq.
      iii. MIL STD 00100, ANSI Y.14, Et Seq.
      iv. MIS-36552, SC- SA-15110, Et Seq.
   b. Braiding, Sleeving, Boots, And Transitions (Heat-Shrink And Expansion Raw Material)

   c. Cable Lay, Wrapping, Tying, And Associated Operations For Form, Fit, And Function
   d. Crimping & Pinning (Connectors, Adapters, Housings)
   e. Electromagnetic Shielding, Grounding, And Bonding
   f. Heat-Treated Boot Expansion, Gluing, Sealing, And Testing To Environmental Specs
   g. Mechanical And Thermal Stripping
   h. Soldering (Certified J-STD-001)
      Tin, Solder Splices, Solder Sleeves, Turret, Cup, Bifurcated, and J-Hook Soldering

4. **Hardware**
   a. Settings & Set-Up for Cable and Equipment Interconnect and Procedures
   b. Shelf-Life Calculations
   c. Diagnostic Trouble-shooting, and Repair
   d. CNC machine repair

5. **People Skills:**
   a. Assertive Communication Skills
   b. Project/Job/Work-Order Leader

6. **Educating And Training Entry-Level Electronics Workers**