UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ERIC DEXTER WELCH,                         Case No. 2:17-cv-38

        Plaintiff,                              Hon. Gordon J. Quist
v.                                         U.S. District Judge

MARK L. DOBIAS

        Defendants.
_____/

## ORDER OF RECUSAL

In accordance with 28 U.S.C. § 455(a) and (b)(3), I hereby disqualify myself from all further proceedings in this case.  The Clerk's Office shall reassign the case pursuant to the approved procedure.

    IT IS ORDERED


Date:  March 25, 2019            /s/ *Maarten Vermaat*
                                          MAARTEN VERMAAT
                                          UNITED STATES MAGISTRATE JUDGE